RCO HAWAII, LLLC
DEREK WONG # 4155
900 FORT STREET MALL, SUITE 800
HONOLULU, HI 96813
PHONE: (808) 532-0090 FAX: (808) 524-0092
dwong@rcolegal.com

Attorneys for Creditor
Residential Credit Solutions, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

| IN RE: | CASE NO.: 11-01332 |
|---|---|
| ADRIANNE A. KANEKOA | CHAPTER 7 |
| | CERTIFICATE OF SERVICE |
| DEBTOR. | |

I hereby certify under penalty of perjury under the laws of the State of Hawaii that I caused to be mailed a true and correct copy of the Proposed Order Granting Relief From Stay as to Residential Credit Solutions, Inc., and Declaration for Entry of Order Granting by Default Motion for Relief from Stay, via electronic mail on **10th** day of June, 2011, to the parties listed below:

United States Trustee
1132 Bishop Street, Suite 602
Honolulu, HI 96813-2830

Richard A. Yanagi
1136 Union Mall, #303
Honolulu, HI 96813

I hereby certify under penalty of perjury under the laws of the State of Hawaii that I caused to be mailed a true and correct copy of the Proposed Order Granting Relief From Stay as

Certificate of Service
8193.30008
-Page 1 -

RCO HAWAII, LLLC
900 FORT STREET MALL, STE 800
HONOLULU, HI 96813
TELEPHONE (808) 532-0090 ⬥ FACSIMILE (808) 524-0092

U.S. Bankruptcy Court - Hawaii  #11-01332  Dkt # 14  Filed  06/10/11  Page 1 of 2

to Residential Credit Solutions, Inc., and Declaration for Entry of Order Granting by Default Motion for Relief from Stay, postage pre-paid, regular first class mail on 10th day of June, 2011, to the parties listed below.

DATED: Honolulu, Hawaii, June 10, 2011.

    /s/ Jennifer Ruebel
Jennifer Ruebel, Assistant to Attorney

Certificate of Service
8193.30008
-Page 2 -

RCO HAWAII, LLLC
900 FORT STREET MALL, STE 800
HONOLULU, HI 96813
TELEPHONE (808) 532-0090 ♦ FACSIMILE (808) 524-0092

U.S. Bankruptcy Court - Hawaii   #11-01332   Dkt # 14   Filed  06/10/11   Page 2 of 2