| | | |
|---|---|---|
| Label Matrix for local noticing<br>0975-1<br>Case 11-01332<br>District of Hawaii<br>Honolulu<br>Fri Jun 10 11:37:08 HST 2011 | Residential Credit Solutions, Inc.<br>4282 North Freeway<br>Fort Worth, TX 76137-5021 | USBC Clerk's Office<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813-2830 |
| Citibank SD NA<br>P.O. Box 6241<br>Sioux Falls SD-571176241 | Office of the U.S. Trustee<br>1132 Bishop Street, Suite 602<br>Honolulu, HI 96813-2830 | Residential Credit Solutions, Inc.<br>4282 N. Freeway<br>Forth Worth Worth, Texas 76137-5021 |
| Wells Fargo Bank<br>CBDRU<br>P.O. Box 3117<br>Winston , Salem, NC 271023117 | Adrianne A. Kanekoa<br>160 Mission Street<br>Wailuku, HI 96793-1831 | Richard A. Yanagi<br>1136 Union Mall, #303<br>Honolulu, HI 96813-2711 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chase Cards
Card Memebr Services
P.O. Box 94014-4014

End of Label Matrix
Mailable recipients     8
Bypassed recipients     1
Total                   9

U.S. Bankruptcy Court - Hawaii   #11-01332   Dkt # 14-1   Filed  06/10/11   Page 1 of 1